IN THE MATTER OF ANGELO BRUNO ANNALORO, CHARGED WITH CONTEMPT OF THE STATE COMMISSION OF INVESTIGATION.

ANGELO BRUNO ANNALORO, PLAINTIFF-APPELLANT, v. NEW JERSEY STATE COMMISSION OF INVESTIGATION, DEFENDANT-RESPONDENT.

Argued May 24, 1971—Decided June 7, 1971.

*Mr. George L. Pellettieri* argued the cause for appellant (*Messrs. Pellettieri and Rabstein,* attorneys; *Mr. Charles J. Casale, Jr.,* on the brief).

*Mr. George P. Doyle* argued the cause for respondent (*Mr. Edward A. Belmont,* of counsel and on the brief).

PER CURIAM. The order of the court is affirmed. *In re Zicarelli,* 55 *N. J.* 249 (1970).

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and MOUNTAIN—6.

*For reversal*—None.